# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2009

Marilyn Kelly,
Chief Justice

138552

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MERHONDA COLE,
          Plaintiff-Appellant,

v

SC: 138552
COA: 288480
Wayne CC: 07-709887-NI

SUBURBAN MOBILITY AUTHORITY
REGIONAL TRANSPORTATION, d/b/a
SMART,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2009

_____
Clerk

p0708